## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**NINA ALLYN**                                                **PLAINTIFF**

v.                                **No. 3:16-cv-115-DPM**

**BARBARA WOOLARD; and**
**DEPARTMENT OF AGRICULTURE**                    **DEFENDANTS**

### ORDER

Update on Woolard, № 8-1, noted and appreciated.  The Court directs

the Clerk to docket Woolard's answer, № 8-1 at 6–8, as a separate entry.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
2 August 2016