IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NINA ALLYN                                                            PLAINTIFF

v.                          No. 3:16-cv-115-DPM

BARBARA WOOLARD;
DEPARTMENT OF AGRICULTURE;
and LEONE JOHNSON                               DEFENDANTS

## ORDER

For the reasons stated on the record at the end of the bench trial today, the Court rules in favor of Allyn. Joint report confirming numbers, and requesting any costs, due by 16 June 2017. The Court will enter judgment in due course.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 June 2017