IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NINA ALLYN                                                          PLAINTIFF

v.                              No. 3:16-cv-115-DPM

BARBARA WOOLARD;
DEPARTMENT OF AGRICULTURE;
and LEONE JOHNSON                                                  DEFENDANTS

ORDER

1. The joint report, № 50, is appreciated. Allyn's motion for costs, № 51, is partly granted and partly denied.

2. Allyn is entitled to costs of $256.30 — $165.00 for the filing fee and $91.30 for Johnson's witness fee. 28 U.S.C. § 1920. The service fees aren't recoverable because the U.S. Marshal didn't handle the service. *Crues v. KFC Corp.*, 768 F.2d 230, 234 (8th Cir. 1985).

3. The Court overrules Woolard's objection and awards Allyn prejudgment interest. Arkansas law governs. *Children's Broadcasting Corp. v. Walt Disney Co.*, 357 F.3d 860, 868–69 (8th Cir. 2004); *see generally* HOWARD W. BRILL & CHRISTIAN H. BRILL, LAW OF DAMAGES §§ 10:1–10:4 (6th ed. 2014). Allyn is entitled to recover for the income wrongfully withheld, less her share of out-of-pocket expenses. The evidence provided all the needed information

to calculate that amount without any reliance on discretion. It is solely a matter of the proof about the calendar, the crop share rent, the government payment, and the taxes, plus a bit of math. *Reynolds Health Care Services, Inc. v. HMNH, Inc.*, 364 Ark. 168, 180–81, 217 S.W.3d 797, 807 (2005).

Here is the calculation. Ark. Code Ann. § 4-57-101(d) provides the 6% rate. Allyn is entitled to pre-judgment interest on her share of the 2015/2016 net farm income, which was $3,783.74. That figure reflects $3,200.35/rent + $1,021.00/support payment - $437.61/taxes. That net amount became ascertainable on 31 October 2016, when support payment was made. Interest at 6% from that date until today is $176.02. Allyn is also entitled to pre-judgment interest on her share of the 2016/2017 farm income so far, which was $2,777.00. The interest runs from 10 May 2017, when the crop share rent was received, until today. That amount is $42.00. There was no proof of any 2016 expenses having been paid yet. The total pre-judgment interest awarded is $218.02.

4. Federal law governs post-judgment interest, *Weitz Co., Inc. v. Mo-Kan Carpet, Inc.*, 723 F.2d 1382, 1385–86 (8th Cir. 1983), which will accrue at 1.23% per annum on the judgment. 28 U.S.C. § 1961(a)–(b).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 August 2017