IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NINA ALLYN                                                             PLAINTIFF

v.                           No. 3:16-cv-115-DPM

BARBARA WOOLARD;
DEPARTMENT OF AGRICULTURE;
and LEONE JOHNSON                                  DEFENDANTS

## JUDGMENT

**1.** The Court held a bench trial on 12 June 2017 in Jonesboro. All parties appeared through counsel. The Court announced findings of fact and conclusions of law from the bench at the end of trial.

**2.** The parties disputed ownership in this parcel of real estate in Clay County, Arkansas:

> The west one-half of the northeast one-quarter of section 25, township 20 north, range 5 east, of the 5th principal meridian, containing eighty acres, more or less, subject to all road and drainage ditch rights-of-way and easements as now laid out and existing.

The Court quiets title in this parcel in Leone Johnson and Nina Allyn as tenants in common. Leone Johnson has an undivided one-half fee simple interest in the whole parcel. Nina Allyn has a life estate in an undivided one-half interest in the whole parcel. Barbara Woolard has the related remainder

interest: at Allyn's death, Woolard will have an undivided one-half fee simple interest in the whole parcel.

**3.** During her lifetime, Nina Allyn has all the rights and duties of a co-tenant. She is entitled to one-half of all income from the property, including farm rent and government payments received. She may occupy the house on the farm. And she is responsible for paying one-half of all expenses associated with the property, including taxes, farm-related expenses, and house-related expenses.

**4.** Nina Allyn is entitled to one-half of the current farm payment due to the owners from the United States Department of Agriculture when that payment is made in the fall of 2017. This is the co-owner's share that would have gone to Barbara Woolard, and the Court orders the Department to pay Allyn instead of Woolard. Allyn's entitlement to government payments for future crop years depends on her registering for programs for those years.

**5.** Nina Allyn shall have judgment against Barbara Woolard for $ 7,035.06. That amount represents the following:

| | |
|---|---|
| $ 6,560.74 | net farm income 2015 & 2016 |
| $ 218.02 | pre-judgment interest |
| $ 256.30 | litigation costs |
| $ 7,035.06 | total |

**6.** This judgment shall bear post-judgment interest at 1.23% per annum from today until paid in full. 28 U.S.C. § 1961(a)–(b).

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 August 2017